# EXHIBIT 1

Int. Cl.: 16

Prior U.S. Cl.: 37

**United States Patent and Trademark Office**  Reg. No. 1,687,833
Registered May 19, 1992

## TRADEMARK
## PRINCIPAL REGISTER

# *Ultra* • PRO

REMBRANDT PHOTO SERVICES (CALIFORNIA CORPORATION)
3528 S. GARFIELD AVENUE
LOS ANGELES, CA 90051

FOR: PLASTIC PAGES FOR CONTAINING PHOTOGRAPHS, CARDS AND THE LIKE, IN CLASS 16 (U.S. CL. 37).

FIRST USE 4-23-1990; IN COMMERCE 4-23-1990.

SER. NO. 74-099,634, FILED 9-24-1990.

M. L. HERSHKOWITZ, EXAMINING ATTORNEY