# EXHIBIT 13



5% OFF USE CODE: COLLECT

WE HELP YOU TO **DISPLAY** YOUR COLLECTIBLES.

| f 🐦 ▶ 📷 Ⓦ ♪

## 2 Ways to Unlock Free Shipping

Learn More ⌄

🏠 › MINI SNAP CARD HOLDER



Cookie Settings

Case: 1:24-cv-04725 Document #: 1-13 Filed: 06/06/24 Page 3 of 5 PageID #:390
Mini Snap Card Holder | Protect Your Collection with High-quality Card Holders - BCW Supplies

   

# Mini Snap Card Holder

★★★★★  <u>1 Review</u>  |  <u>Add Your Review</u>

**SKU: 1-MS**   **Brand:** <u>BCW</u>   **Weight: 0.06 lbs**

- Holds a standard-sized, 2½" x 3½" trading card
- Fits in cardboard storage boxes
- Stackable

**Exterior Dimensions:**
2 11/16 x 3 11/16 x 1/4
**Interior Dimensions:**
2 9/16 x 3 9/16

# $0.79

Buy 100 for $0.66 /Each and **save 16%**
Buy 400 for $0.59 /Each and **save 25%**

−  1  +      🛒 **ADD TO CART**




f  t  ✉  ♡  ▪  ✉

## DETAILS ⌃

Cookie Settings



The BCW Mini Snap Card Holder (also known as a mini snap titer) is made of high impact, crystal clear polystyrene and features a precision fit, two- piece snap design. Use this product to protect, store and display collectible trading cards like baseball cards, football cards, basketball cards, gaming cards, and others.

Unsure if this is the right size for your card? Check out an overview of our different card holders <u>here.</u>

**MORE INFORMATION** ⌄

**REVIEWS (1)** ⌄

## WE FOUND OTHER PRODUCTS YOU MIGHT LIKE!





<u>Regular Snap Card...</u>     <u>2-Piece Slider Box ...</u>     <u>800 Count Storag...</u>

$0.99          $0.79          Buy 5 for $2.99 /Each

ABOUT BCW

<u>History</u>

<u>Careers</u>



SERVICES

<u>Customer Service</u>

Cookie Settings

Contact Us

Wholesale

Free Shipping

Catalog Overview

Frequently Asked Questions

Accessibility

## BCW PARTNERS

Comics PRO

GAMA

COMC

## BE THE FIRST TO KNOW

Get all the latest information on Events, Sales and Offers. Sign up for newsletter today.

Enter your email address

SUBSCRIBE

           ©1999-2024 BCW Diversified, Inc.

Privacy Policy    CCPA    Do Not Sell My Information

Cookie Settings