# EXHIBIT 16

5% OFF USE CODE: COLLECT

WE HELP YOU TO **STORE** YOUR COLLECTIBLES.

| f 𝕏 ▶ 📷 📰 ♪

## 2 Ways to Unlock Free Shipping

Learn More ⌄

🏠 > THICK CARD TOPLOAD HOLDER - 168 PT.



>

+

 

Cookie Settings

# Thick Card Topload Holder - 168 PT.

★★★★★  1 Review  |  Add Your Review

SKU: 1-TLCH-TH-4.25MM    Brand: BCW    Weight: 0.27 lbs

- Holds a jersey or memorabilia card - up to 168 pts.
- Open on the short side

**Exterior Dimensions:**

3 x 4 x 1/4

**Interior Dimensions:**

2 3/4 x 3 7/8 x 5/32

**10 Toploaders per Pack**        **Back-Order - Available: 07/15/24**

## $4.99

Buy 5 for $4.18 /Pack and **save 16%**

Buy 50 for $3.74 /Pack and **save 25%**

| − | 1 | + |        🛒 **ADD TO CART**

f  🐦  ✉  ♡  📊  ✉

---

**DETAILS**                                                                          ⌄

The BCW 3x4 thick toploaders are designed to hold cards that are thicker than standard trading cards. The phrase 'thicker cards' includes a wide variety of special patch, jersey, swatch, relics, memorabilia, and game-used fragments cards.

BCW 3x4 top loading card holders are made of high-quality, rigid PVC. These toploading holders are some of the most popular rigid individual card holders in the collectible card industry. Use this product to protect, store or display your collectible cards.



BCW Card Thickness Point Gauge

(Printable BCW Card Thickness Gaugues)

**MORE INFORMATION**                                                                 ⌄

Cookie Settings

| REVIEWS (1) | ⌄ |
| --- | --- |

**WE FOUND OTHER PRODUCTS YOU MIGHT LIKE!**



| Magnetic Card Hol... | Thick Card Toploa... | Standard Card Sle... | Thick Card Toploa... | Modular Sorting T... | Toploaders Storag... |
| --- | --- | --- | --- | --- | --- |
| $2.99 | $4.49 | $0.89 | $5.99 | $19.99 | Buy 5 for $3.99 /Each |

## ABOUT BCW

History

Careers



## SERVICES

Customer Service

Contact Us

Wholesale

Free Shipping

Catalog Overview

Frequently Asked Questions

Accessibility

## BCW PARTNERS

Comics PRO

GAMA

COMC

## BE THE FIRST TO KNOW

Get all the latest information on Events, Sales and Offers. Sign up for newsletter today.

Enter your email address

Cookie Settings

SUBSCRIBE