**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Ultra PRO International, LLC, )<br>Plaintiff, ) | Case No.: 24-cv-04725 | |
| v. ) | Judge: | |
| BCW Diversified, Inc. ) | Magistrate: | |
| Defendant. ) | JURY DEMAND | |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2, undersigned counsel for Plaintiff, Ultra Pro International, LLC., a Delaware limited liability company and a private, non-governmental corporate party to this action ("Plaintiff"), hereby submits the following Corporate Disclosure Statement and certifies that Plaintiff is a subsidiary of Ultra Pro Holdings, LLC, which is in turn a subsidiary of Ultra Pro Investors, LLC. No publicly traded parent company owns five percent (5%) or more of its stock.

Respectfully Submitted,

Dated: June 7, 2024  

By: _____/s/ Kevin Keener_____
Kevin J. Keener
ARDC # 6296898
Keener & Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601
(312) 375-1573
kevin.keener@keenerlegal.com