**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Ultra PRO International, LLC, <br>     Plaintiff, <br><br> v. <br><br> BCW Diversified, Inc. <br><br>     Defendant. | Case No.: 24-cv-04725 <br><br> Judge: Honorable Manish S. Shah |

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT

Defendant, BCW Diversified, Inc., by its undersigned counsel, states as follows for its Unopposed Motion for Enlargement of Time:

1. Plaintiff filed this trademark action on June 6, 2024.

2. The Complaint was served on Defendant on June 11, 2024, and Defendant's responsive pleading, in absence of an extension, would be due on July 2, 2024.

3. The Complaint is relatively complex, consisting of twenty-seven counts including claims for trademark infringement under the Lanham Act involving seven separate trademarks, and includes additional claims for unlawful and deceptive practices under the laws of the State of Illinois.

4. In order to have sufficient time to respond to the Complaint, Defendant respectfully seeks an Order enlarging the time to respond to the Complaint to and including August 15, 2024.

5. Defendant's counsel conferred with Plaintiff's counsel who indicated that they have no objection to this motion or requested extension.

**WHEREFORE**, Defendant, BCW Diversified, Inc., respectfully requests that the Court grant the motion and enter an Order allowing Defendant to respond to the Complaint to and including August 15, 2024, and for any other or further relief this Court deems just.

                                        Respectfully Submitted,

                                        BCW Diversified, Inc.

                                        BY: WilliamsMcCarthy LLP

                                        /s/ Marc C. Gravino
                                        Marc C. Gravino
                                        John J. Holevas
                                        Joel M. Huotari
                                        WilliamsMcCarthy LLP
                                        120 W. State Street, 4th Floor
                                        P.O. Box 219
                                        Rockford, IL 61105-0219
                                        mgravino@wilmac.com
                                        jholevas@wilmac.com
                                        jhuotari@wilmac.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 21st day of June 2024, he caused a copy of the foregoing to be served via email upon:

**Attorney for Plaintiff Ultra PRO International, LLC:**

Kevin J. Keener, Esq. (#6296898)
**KEENER & ASSOCIATES, P.C.**
161 N. Clark Street, Suite #1600
Chicago, IL 60601
312-375-1573
Kevin.keener@keenerlegal.com

By: _____

Marc C. Gravino, Esq.
John J. Holevas, Esq.
WILLIAMSMCCARTHY LLP
120 W. State Street, Suite 400
PO Box 219
Rockford, IL 61105-0219
mgravino@wilmac.com
jholevas@wilmac.com