**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Ultra PRO International, LLC, | ) | |
| Plaintiff, | ) | Case No.: 24-cv-04725 |
| | ) | |
| v. | ) | Judge: Hon. Manish S. Shah |
| | ) | |
| BCW Diversified, Inc. | ) | Magistrate: Hon. Gabriel A. Fuentes |
| | ) | |
| Defendant. | ) | JURY DEMAND |
| | ) | |

**<u>NOTICE OF MOTION</u>**

PLEASE TAKE NOTICE that on August 1, 2024, at 9:45 a.m., or as soon counsel may be heard, we shall appear before the Honorable Manish S. Shah, or any judge sitting in his or her stead in Courtroom 1919 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present

- MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Date _____July 24, 2024_____

Respectfully submitted,

By:_____/s/   Kevin Keener_____
Kevin J. Keener
ARDC # 6296898
Keener & Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601
(312) 523-2164
kevin.keener@keenerlegal.com