**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Ultra PRO International, LLC, <br>     Plaintiff, <br><br> v. <br><br> BCW Diversified, Inc. <br>     Defendant. | Case No.: 24-cv-04725 <br><br> Dist. Judge: Honorable Manish S. Shah |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT
&
NOTICE AS TO AFFILIATES**

Defendant, BCW DIVERSIFIED, INC., by its undersigned counsel, states as follows for its Corporate Disclosure Statement pursuant to FRCP 7.1 and for its Notice as to Affiliates pursuant to Local Rule 3.2.:

1. The Defendant does not have any parent corporations and no publicly held corporation owns more than 10% of Defendant's stock. (FRCP 7.1(a)(1)).

2. The Defendant's "affiliates" (entities or individuals owning, directly or indirectly (through ownership of one or more other entities), 5% or more of a party) are: Eric Brownell, Randy Brownell, and Jay Brownell. (L.R. 3.2).

Respectfully submitted by:
ATTORNEYS FOR DEFENDANT,
BCW DIVERSIFIED, INC.

BY: /s/ Marc C. Gravino

Marc C. Gravino, Esq.
John J. Holevas, Esq.
Joel M. Huotari, Esq.
WilliamsMcCarthy, LLP
120 West State Street, Suite 400
Rockford, IL  61101
815-987-8900
mgravino@wilmac.com
Jholevas@wilmac.com
jhuotari@wilmac.com