IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Ultra PRO International, LLC, | ) | |
| Plaintiff, | ) ) ) | Case No.: 24-cv-04725 |
| v. | ) ) ) | District Judge: Manish S. Shah |
| BCW Diversified, Inc., | ) ) | Magistrate Judge: Gabriel A. Fuentes |
| Defendant. | ) ) | |

**DECLARATION OF ERIC BROWNELL**

I, Eric Brownell, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is Eric Brownell. I am over the age of 18. All statements of fact made herein are based on my personal knowledge, or, where indicated, based on my investigation in which case I believe them to be true.

2. I am President of Defendant BCW Diversified, Inc. ("BCW"). I have served the company in that capacity since 2009.

3. If called as a witness at the trial of this matter, I would testify to the facts set forth herein.

4. BCW Diversified, Inc. ("BCW") was first incorporated on March 1, 1995 as an Indiana corporation.

5. BCW launched its website https://www.bcwsupplies.com in 1999. BCW sells its products in all 50 states and abroad through its website, https://www.bcwsupplies.com as well as

EXHIBIT 1

1

on Amazon. The products Plaintiff complains of were advertised by BCW on https://www.bcwsupplies.com and on Amazon nationally and internationally.

6. BCW has always maintained its business headquarters in Indiana, where it manufactures, inventories, and distributes products.

7. BCW's sole brick and mortar facility and headquarters is located at 8984 IN-236, Middletown, IN 47356, which is in Henry County, Indiana about 47 miles northeast of Indianapolis.

8. BCW is an Indiana corporation.

9. BCW has no offices or employees in Illinois.

10. BCW manufactures and sells collectible accessories, supplies and related merchandise, including plastic sleeves used to protect collectible cards.

11. BCW designs, manufactures, imports and stores allegedly infringing products at its Middletown, IN facility, from which it operates and distributes its products. Since approximately June 2023, BCW has also utilized Amazon warehouses domestically and internationally.

12. Plaintiff Ultra PRO International, LLC ("Ultra Pro") is a competing manufacturer, wholesaler, and retail seller of protective card sleeves, binders, and holders for collectible trading cards and game cards. It is based in California. It sells its products on its website, https://ultrapro.com/, and on Amazon.

13. Ultra Pro is a much larger company with greater sales and resources than BCW. It claims in its Complaint that it has been in operation for decades, that it "is extremely well known and famous for its products," that its products are known by "card game and collection enthusiasts across the nation, and the world", and that it leads the industry for the development and sale of products designed to protect collectable cars. (Dkt 1 at ¶ 7).

14. Ultra Pro sells a much larger volume of the products at issue in this case than BCW does. By way of example, below are screenshots I took from Amazon's website on August 6, 2024:

    a. Based on Amazon sales records, Ultra Pro sells 100 packs of 3"x4" top loaders at the rate of 13,563 / month and 200 packs at the rate of 12,213 / month.






3

b. Based on Amazon sales records, BCW sells 100 packs of 3"x4" top loaders at the rate of 694 / month and 200 packs at the rate of 1,018 / month. That means BCW sells about 5% the volume of 100 packs that Ultra Pro sells and about 8% the volume of 200 packs that Ultra Pro sells on Amazon.





c. The disparity in sales volume shown for the above products also exists with respect to other products sold by both companies, as reflected in the additional screenshots shown below from Amazon that I took on August 6, 2024:

4

| | # | | Title | ASIN | Brand | Price | Trend | Revenue | Units | Category |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | 8 | 🖼 | Ultra Pro 3" x 4" Super Clear Premium... | B00095M5C2 | Ultra Pro | $6.07 | 1,203 | $7,302.21 | 91 | Sports & Outdoors #7,312 |
| ☐ | 9 | 🖼 | Ultra Pro 3" X 4" Clear Regular Toploader... | B000Q5ZMM0 | Ultra Pro | $5.94 | 3,328 | $19,768.32 | 114 | Sports & Outdoors #1,340 |
| ☐ | 16 | 🖼 | Ultra Pro 3" X 5" Toploader 25ct | B0014BWYDA | Ultra Pro | $9.99 | 79 | $789.21 | 32 | Sports & Outdoors #94,268 |
| ☐ | 18 | 🖼 | Ultra PRO 3" x 4" Clear Regular... | B08B9LWQ36 | Ultra Pro | $25.87 | 12,213 | $315,950.31 | 190 | Sports & Outdoors #325 |
| ☐ | 19 | 🖼 | Ultra PRO 3" x 4" Clear Regular... | B076V4V2QQ | Ultra Pro | $15.24 | 13,563 | $206,700.12 | 147 | Sports & Outdoors #183 |
| ☐ | 23 | 🖼 | Ultra Pro 3x4 inch Regular Toploader - 1... | B0D65SS6J1 | Ultra Pro | $14.99 | 15 | $224.85 | 47 | Sports & Outdoors #236,278 |
| ☐ | 30 | 🖼 | Ultra Pro 3" X 4" Regular Toploader (25ct) | B07GX5SN9J | Ultra Pro | $5.80 | 86 | $498.80 | 42 | Sports & Outdoors #223,400 |
| ☐ | 37 | 🖼 | 3X4 ULTRA PRO PREMIUM TOPLOADER... | B00IS78DC4 | Ultra Pro | $23.20 | 69 | $1,600.80 | 48 | Sports & Outdoors #62,846 |
| ☐ | 41 | 🖼 | Ultra Pro 3 x 4 Super Thick Baseball Card... | B00095VCYY | Ultra Pro | $8.49 | 2,862 | $24,298.38 | 103 | Sports & Outdoors #2,105 |
| ☐ | 43 | 🖼 | Ultra Pro 3" X 4" Action Packed 55PT... | B001Q77TI2 | Ultra Pro | $8.99 | 630 | $5,663.70 | 51 | Sports & Outdoors #17,135 |
| ☐ | 55 | 🖼 | Ultra PRO - Regular Toploaders (35 ct.) f... | B08BXDXR6K | Ultra Pro | $8.14 | 13 | $105.82 | 160 | Sports & Outdoors #121,660 |
| ☐ | 57 | 🖼 | Ultra Pro 3" X 4" Super Thick 100PT... | B0757GGZVK | Ultra Pro | $21.92 | 1 | $21.92 | 57 | Sports & Outdoors #420,706 |
| ☐ | 62 | 🖼 | Ultra Pro Super Thick 260PT Toploader... | B01N99QB9W | Ultra Pro | $6.80 | 571 | $3,882.80 | 70 | Sports & Outdoors #14,509 |
| ☐ | 63 | 🖼 | 3" X 4" Super Thick 130 pt Toploader wit... | B087BLDX8Z | Ultra Pro | $31.39 | 265 | $8,318.35 | 69 | Sports & Outdoors #179,848 |
| ☐ | 65 | 🖼 | Ultra Pro Toploaders Card Protectors Ultr... | B08BWQJ1QF | Ultra Pro | $9.25 | 0 | $0.00 | 92 | Sports & Outdoors #660,782 |
| ☐ | 68 | 🖼 | Ultra Pro 3" X 4" Super Thick 130pt... | B00ZZ0J1PK | Ultra Pro | $8.50 | 24 | $204.00 | 52 | Sports & Outdoors #87,719 |

5

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ⌵ | 4 | 🐟 | SP | BCW Card Sleeves and Toploaders f... | B0CXQ8G5KT | BCW | $24.99 | 694 | $17,343.06 | 199 | Sports & Outdoors #13,725 |
| ☐ | | 10 | 🐟 | AC | BCW 3x4 Topload Card Holder -... | B07K1WGRQ1 | BCW | $5.39 | 243 | $1,309.77 | 182 | Sports & Outdoors #44,374 |
| ☐ | ⌵ | 11 | 🐟 | SP 4+/hR | BCW Card Sleeves and... | B0CXQ8G5KT | BCW | $24.99 | 694 | $17,343.06 | 199 | Sports & Outdoors #13,725 |
| ☐ | ⌵ | 12 | 🐟 | SP 4+/hR | BCW 3x4" Standard Toploa... | B0BLWD64NL | BCW | $22.99 | 1,719 | $39,519.81 | 173 | Sports & Outdoors #3,586 |
| ☐ | | 17 | 🐟 | | BCW 3x4 Topload Card Holder - Standar... | B000Y50CSG | BCW | $3.99 | 256 | $1,021.44 | 182 | Sports & Outdoors #33,039 |
| ☐ | | 20 | · | | BCW 3.5x5 Topload Holder - 25 Pack l... | B003C23PFU | BCW | $12.99 | 312 | $4,052.88 | 182 | Sports & Outdoors #45,797 |
| ☐ | | 22 | 📦 | | BCW 197 PT. Thick Card Topload Holder ... | B0D679PR1M | BCW | $8.67 | N/A ⓘ | N/A ⓘ | 178 | Sports & Outdoors #142,494 |
| ☐ | ⌵ | 26 | 🐟 | SP | BCW 3x4" Standard Topload Card... | B0BLWD64NL | BCW | $22.99 | 1,719 | $39,519.81 | 173 | Sports & Outdoors #3,586 |
| ☐ | | 27 | 🎴 | SP | BCW 3x4 Topload Card Holder -... | B005LR7GK4 | BCW | $12.99 | 1,413 | $18,354.87 | 183 | Sports & Outdoors #4,417 |
| ☐ | | 31 | 🎴 | | BCW 3x4 Topload Card Holder - Standar... | B005LR7GK4 | BCW | $12.99 | 1,413 | $18,354.87 | 183 | Sports & Outdoors #4,417 |
| ☐ | ⌵ | 32 | 🐟 | | BCW 3x4" Standard Topload Card Holde... | B0BLWD64NL | BCW | $22.99 | 1,719 | $39,519.81 | 173 | Sports & Outdoors #3,586 |
| ☐ | | 36 | 📦 | SP | BCW 6 Cell Cargo Card Storage Box... | B0CQ3CZNJ6 | BCW | $18.99 | 166 | $3,152.34 | 197 | Toys & Games #69,489 |
| ☐ | ⌵ | 42 | 📦 | | BCW 3x4 Topload Card Holder - Black... | B000VB6OI0 | BCW | $7.99 | 46 | $367.54 | 186 | Office Products #68,226 |
| ☐ | | 48 | 📦 | | BCW 3x4 Topload Card Holder - Standar... | B070KWFPDB | BCW | $25.98 | 120 | $3,117.60 | 183 | Sports & Outdoors #82,695 |
| ☐ | ⌵ | 51 | 📦 | | BCW 3x4 Topload Card Holder - Premiu... | B00338G9NI | BCW | $5.98 | 52 | $310.96 | 180 | Sports & Outdoors #145,784 |
| ☐ | | 64 | 📦 | | BCW 3X4 Premium Toploader Card Hold... | B00ZZ1OYCS | BCW | $5.98 | 0 | $0.00 | 49 | Sports & Outdoors #424,392 |

6

  d. The sales data in the above tables show that Ultra Pro's sales of penny sleeves and toploader card sleeves on Amazon total $595,328.87 for the last 30 days, whereas BCW's sales for the same kinds of products on Amazon totals $184,932.95. That means that BCW's sales of comparable products are less than one-third of Ultra Pro sales (31% to be precise).

15. I, Eric Brownell (President of BCW), Mr. Ted Litvan (Marketing Manager with BCW since 2013), and Kenneth O'Brien, Jr. (Director of Business Development with BCW since 2003) possess relevant information about the development, sale and distribution of the allegedly infringing products and the marketing of same. We all work at BCW's Middletown, IN facility, and reside in the greater Indianapolis area. We are all knowledgeable about the adoption of the marks used by BCW, and about use of similar marks by many parties in the industry, both currently and historically. We are perhaps the three witnesses most knowledgeable about the facts and defenses the company plans to raise in response to Plaintiff's claims.

16. Records relevant to the development, marketing, and sale of the allegedly infringing products are exclusively located at BCW's Middletown, IN facility.

17. BCW's records custodians, Stephanie Sasser (who is our office manager) and myself work at BCW's Middletown, IN facility.

18. To the best of my knowledge, no physical company records are located in Illinois.

19. Other witnesses who have information about the development, marketing, sale and distribution of the allegedly infringing products work at BCW's Middletown, IN facility. All but three of our company's approximately 85 employees live in the Greater Indianapolis area. None lives in the Northern District of Illinois or in the State of Illinois.

20. Individuals likely to be disclosed as BCW's corporate representatives most knowledgeable about the facts, claims, and defenses work at BCW's Middletown, IN facility.

21. BCW's bankers, book keepers, and outside accountants work in Indiana and, I

believe, maintain their records in Indiana.

22. BCW's outside marketing and web development partners, who can attest to whether any of the Plaintiff's goods, marketing materials, website(s) or trademarks were ever provided to them by BCW for use when designing BCW's allegedly infringing content, work in Indiana and, I believe, maintain their records in Indiana.

23. With respect to BCW's customers and vendors who may help prove or disprove allegations of confusion, they are distributed throughout the country and abroad.

24. To the extent there are BCW employees who received reports of confusion (if any) from customers (or can attest to the *lack* of such reports), those employees work at BCW's Middletown, IN facility.

25. I am not aware of any third-party witnesses who are located in Illinois, other than the identities of some purchasers of BCW products who are either located in Illinois or had products shipped there. The vast majority of our customers do not reside in Illinois.

26. Litigating this case in Chicago would be extremely burdensome on BCW and inconvenient for all BCW witnesses. It takes about four hours (without significant traffic) to drive from BCW's facility to the Dirksen Building in Chicago. I believe the amount of time and expense litigating this case would be drastically reduced if it were transferred to Indianapolis.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 and the laws of the United States that the foregoing is true and correct based on my knowledge, information, and belief.

| 08/15/2024 | _/s/ Eric Brownell_ |
|---|---|
| Date | Eric Brownell |

8