**Comparison of Districts Within the First Circuit — 12-Month Period Ending December 31, 2023**

| | | | ME | MA | NH | RI | PR |
|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | | Filings | 684 | 4,203 | 722 | 672 | 2,067 |
| | | Terminations | 698 | 3,495 | 1,490 | 716 | 2,470 |
| | | Pending | 601 | 4,949 | 3,324 | 865 | 2,956 |
| | Percent Change in Total Filings Current Year | Over Last Year | 1.3 | 27.4 | -3.6 | 11.3 | -0.6 |
| | | Over 2018 | -18.5 | 5.0 | -52.4 | -26.5 | -22.2 |
| | Number of Judgeships | | 3 | 13 | 3 | 3 | 7 |
| | Vacant Judgeship Months ¹ | | 0.0 | 18.4 | 0.0 | 0.0 | 7.3 |
| **Actions per Judgeship** | Filings | Total | 228 | 323 | 241 | 224 | 295 |
| | | Civil | 156 | 277 | 181 | 180 | 96 |
| | | Criminal Felony | 41 | 30 | 40 | 29 | 149 |
| | | Supervised Release Hearings | 32 | 16 | 19 | 15 | 51 |
| | Pending Cases | | 200 | 381 | 1,108 | 288 | 422 |
| | Weighted Filings ¹ | | 192 | 299 | 208 | 221 | 320 |
| | Terminations | | 233 | 269 | 497 | 239 | 353 |
| | Trials Completed | | 26 | 9 | 11 | 7 | 7 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 14.2 | 25.1 | 15.7 | 20.0 | 22.7 |
| | | Civil ¹ | 7.5 | 7.0 | 54.4 | 8.6 | 17.1 |
| | From Filing to Trial ¹ (Civil Only) | | - | 34.6 | - | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old ¹ | | 19 / 4.6 | 417 / 10.4 | 1,770 / 57.0 | 122 / 19.0 | 226 / 20.7 |
| | Average Number of Felony Defendants Filed per Case | | 1.1 | 1.4 | 1.6 | 1.2 | 2.3 |
| | Jurors | Avg. Present for Jury Selection | 56.2 | 58.2 | 49.0 | 63.8 | 54.5 |
| | | Percent Not Selected or Challenged | 24.6 | 32.9 | 30.3 | 57.6 | 36.6 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

¹ See "Explanation of Selected Terms."

**EXHIBIT 2**

**Comparison of Districts Within the Second Circuit — 12-Month Period Ending December 31, 2023**

| | | | CT | NY,N | NY,E | NY,S | NY,W | VT |
|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | | Filings | 2,290 | 2,471 | 10,506 | 13,313 | 2,885 | 1,089 |
| | | Terminations | 2,497 | 2,369 | 9,334 | 12,871 | 3,044 | 786 |
| | | Pending | 2,387 | 2,540 | 13,370 | 17,873 | 3,565 | 849 |
| | Percent Change in Total Filings Current Year | Over Last Year | 1.0 | 13.0 | 15.3 | 1.5 | 21.8 | 93.1 |
| | | Over 2018 | -20.9 | 8.9 | 17.4 | -11.9 | -20.4 | 120.9 |
| | Number of Judgeships | | 8 | 5 | 15 | 28 | 4 | 2 |
| | Vacant Judgeship Months [1] | | 12.0 | 0.0 | 33.9 | 30.5 | 0.0 | 0.0 |
| **Actions per Judgeship** | Filings | Total | 286 | 494 | 700 | 475 | 721 | 545 |
| | | Civil | 220 | 374 | 643 | 417 | 540 | 394 |
| | | Criminal Felony | 32 | 87 | 36 | 31 | 88 | 90 |
| | | Supervised Release Hearings | 35 | 34 | 22 | 28 | 93 | 61 |
| | Pending Cases | | 298 | 508 | 891 | 638 | 891 | 425 |
| | Weighted Filings [1] | | 260 | 395 | 605 | 535 | 533 | 317 |
| | Terminations | | 312 | 474 | 622 | 460 | 761 | 393 |
| | Trials Completed | | 10 | 12 | 11 | 20 | 7 | 15 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 20.0 | 9.3 | 31.0 | 18.4 | 9.6 | 12.3 |
| | | Civil [1] | 8.0 | 7.7 | 5.1 | 5.6 | 11.3 | 2.6 |
| | From Filing to Trial [1] (Civil Only) | | 40.7 | 50.7 | 54.3 | 42.0 | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [1] | | 148 / 8.2 | 274 / 14.7 | 2,012 / 19.5 | 3,522 / 26.4 | 525 / 18.3 | 45 / 8.5 |
| | Average Number of Felony Defendants Filed per Case | | 1.6 | 1.1 | 1.4 | 1.5 | 1.1 | 1.4 |
| | Jurors | Avg. Present for Jury Selection | 83.0 | 39.6 | 67.0 | 70.9 | 74.9 | 57.0 |
| | | Percent Not Selected or Challenged | 31.2 | 19.5 | 43.3 | 59.6 | 39.7 | 39.3 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] See "Explanation of Selected Terms."

**Comparison of Districts Within the Third Circuit — 12-Month Period Ending December 31, 2023**

| | | | DE | NJ | PA,E | PA,M | PA,W | VI |
|---|---|---|---:|---:|---:|---:|---:|---:|
| **Overall Caseload Statistics** | | Filings | 1,651 | 25,654 | 8,064 | 2,728 | 3,929 | 221 |
| | | Terminations | 1,527 | 9,801 | 8,200 | 2,827 | 3,574 | 213 |
| | | Pending | 2,237 | 79,806 | 8,090 | 3,638 | 4,108 | 1,362 |
| | Percent Change in Total Filings Current Year | Over Last Year | -9.2 | 156.6 | 24.2 | 0.6 | 16.1 | -4.7 |
| | | Over 2018 | -26.9 | 27.1 | 5.5 | -13.7 | 17.1 | -19.9 |
| | Number of Judgeships | | 4 | 17 | 22 | 6 | 10 | 2 |
| | Vacant Judgeship Months¹ | | 0.0 | 29.6 | 38.4 | 24.0 | 0.0 | 0.0 |
| **Actions per Judgeship** | Filings | Total | 413 | 1,509 | 367 | 455 | 393 | 111 |
| | | Civil | 380 | 1,452 | 336 | 372 | 324 | 59 |
| | | Criminal Felony | 28 | 46 | 22 | 65 | 49 | 49 |
| | | Supervised Release Hearings | 6 | 11 | 8 | 17 | 20 | 3 |
| | Pending Cases | | 559 | 4,694 | 368 | 606 | 411 | 681 |
| | Weighted Filings¹ | | 666 | 1,131 | 273 | 425 | 352 | - |
| | Terminations | | 382 | 577 | 373 | 471 | 357 | 107 |
| | Trials Completed | | 18 | 6 | 6 | 22 | 24 | 18 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 10.6 | 15.9 | 22.0 | 20.5 | 24.0 | 14.0 |
| | | Civil¹ | 8.3 | 7.4 | 4.5 | 10.8 | 5.8 | 21.0 |
| | From Filing to Trial¹ (Civil Only) | | 38.0 | 50.8 | 27.6 | 52.3 | 45.4 | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old¹ | | 327 16.1 | 39,651 50.6 | 2,057 29.9 | 276 11.3 | 148 4.8 | 185 43.5 |
| | Average Number of Felony Defendants Filed per Case | | 1.3 | 1.0 | 1.2 | 1.4 | 1.7 | 1.2 |
| | Jurors | Avg. Present for Jury Selection | 35.9 | 86.1 | 47.0 | 51.1 | 69.7 | 34.5 |
| | | Percent Not Selected or Challenged | 37.4 | 44.4 | 40.5 | 31.0 | 32.2 | 26.2 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

¹ See "Explanation of Selected Terms."

**Comparison of Districts Within the Fourth Circuit — 12-Month Period Ending December 31, 2023**

|  |  |  | MD | NC,E | NC,M | NC,W | SC | VA,E | VA,W | WV,N | WV,S |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | | Filings | 4,347 | 4,306 | 1,773 | 2,100 | 7,728 | 4,552 | 1,603 | 1,341 | 1,200 |
| | | Terminations | 4,830 | 3,004 | 1,888 | 1,958 | 4,428 | 4,394 | 1,440 | 1,403 | 1,105 |
| | | Pending | 4,919 | 4,350 | 1,415 | 1,600 | 11,429 | 3,828 | 1,583 | 965 | 2,320 |
| | Percent Change in Total Filings Current Year | Over Last Year | 4.2 | 70.3 | -2.0 | 12.6 | 43.4 | 9.4 | 2.7 | 7.8 | 18.5 |
| | | Over 2018 | -14.6 | 45.6 | -4.3 | -1.9 | 59.1 | -8.9 | -8.2 | -7.6 | -44.4 |
| | Number of Judgeships | | 10 | 4 | 4 | 5 | 10 | 11 | 4 | 3 | 5 |
| | Vacant Judgeship Months [1] | | 0.4 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 12.0 | 0.0 | 0.0 |
| **Actions per Judgeship** | Filings | Total | 435 | 1,077 | 443 | 420 | 773 | 414 | 401 | 447 | 240 |
| | | Civil | 369 | 831 | 285 | 291 | 673 | 319 | 316 | 268 | 169 |
| | | Criminal Felony | 46 | 158 | 76 | 73 | 62 | 61 | 62 | 125 | 54 |
| | | Supervised Release Hearings | 20 | 88 | 82 | 56 | 38 | 34 | 24 | 54 | 17 |
| | Pending Cases | | 492 | 1,088 | 354 | 320 | 1,143 | 348 | 396 | 322 | 464 |
| | Weighted Filings [1] | | 383 | 992 | 359 | 369 | 590 | 373 | 344 | 387 | 213 |
| | Terminations | | 483 | 751 | 472 | 392 | 443 | 399 | 360 | 468 | 221 |
| | Trials Completed | | 10 | 35 | 26 | 19 | 14 | 16 | 31 | 12 | 9 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 22.0 | 14.6 | 9.0 | 12.5 | 17.0 | 7.9 | 14.3 | 11.7 | 9.9 |
| | | Civil [1] | 9.2 | 8.1 | 8.9 | 6.3 | 8.0 | 6.2 | 10.8 | 9.4 | 9.7 |
| | From Filing to Trial [1] (Civil Only) | | 39.5 | 31.2 | 41.1 | 32.4 | 44.9 | 20.7 | 33.9 | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [1] | | 532 | 195 | 45 | 53 | 1,338 | 354 | 57 | 42 | 1,104 |
| | | | 14.3 | 6.0 | 4.6 | 4.9 | 12.9 | 13.2 | 4.9 | 9.2 | 55.0 |
| | Average Number of Felony Defendants Filed per Case | | 1.3 | 1.3 | 1.3 | 1.1 | 1.6 | 1.2 | 1.6 | 1.6 | 1.4 |
| | Jurors | Avg. Present for Jury Selection | 57.2 | 36.2 | 41.7 | 37.5 | 57.5 | 63.0 | 40.9 | 45.8 | 40.4 |
| | | Percent Not Selected or Challenged | 34.5 | 27.0 | 45.6 | 34.9 | 43.4 | 50.2 | 29.4 | 26.5 | 23.8 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] See "Explanation of Selected Terms."

**Comparison of Districts Within the Fifth Circuit — 12-Month Period Ending December 31, 2023**

| | | | LA,E | LA,M | LA,W | MS,N | MS,S | TX,N | TX,E | TX,S | TX,W |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | | Filings | 7,387 | 1,894 | 2,294 | 1,130 | 4,191 | 7,012 | 4,222 | 14,140 | 13,175 |
| | | Terminations | 7,243 | 1,384 | 5,011 | 1,156 | 1,974 | 7,550 | 3,995 | 14,458 | 13,379 |
| | | Pending | 18,042 | 2,044 | 4,428 | 778 | 4,088 | 5,672 | 6,568 | 14,599 | 10,672 |
| | Percent Change in Total Filings Current Year | Over Last Year | 36.3 | 41.9 | -65.3 | 22.0 | 118.4 | -3.4 | -0.9 | -6.7 | 0.0 |
| | | Over 2018 | -48.2 | 35.7 | 4.7 | 8.9 | 80.1 | -7.9 | 5.0 | -9.5 | -8.8 |
| | Number of Judgeships | | 12 | 3 | 7 | 3 | 6 | 12 | 8 | 19 | 13 |
| | Vacant Judgeship Months ¹ | | 24.0 | 0.0 | 14.9 | 8.9 | 0.0 | 0.0 | 0.0 | 26.2 | 18.9 |
| **Actions per Judgeship** | **Filings** | Total | 616 | 631 | 328 | 377 | 699 | 584 | 528 | 744 | 1,013 |
| | | Civil | 582 | 578 | 268 | 303 | 613 | 440 | 413 | 341 | 356 |
| | | Criminal Felony | 29 | 38 | 48 | 55 | 69 | 107 | 115 | 314 | 569 |
| | | Supervised Release Hearings | 5 | 16 | 11 | 18 | 17 | 38 | 0 | 90 | 88 |
| | Pending Cases | | 1,504 | 681 | 633 | 259 | 681 | 473 | 821 | 768 | 821 |
| | Weighted Filings ¹ | | 717 | 678 | 332 | 438 | 686 | 542 | 676 | 567 | 773 |
| | Terminations | | 604 | 461 | 716 | 385 | 329 | 629 | 499 | 761 | 1,029 |
| | Trials Completed | | 6 | 27 | 15 | 17 | 32 | 14 | 13 | 20 | 18 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 15.6 | 11.3 | 14.2 | 10.0 | 11.3 | 9.1 | 22.0 | 4.9 | 6.9 |
| | | Civil ¹ | 11.5 | 9.9 | 11.9 | 5.0 | 10.3 | 6.5 | 8.0 | 7.9 | 7.3 |
| | From Filing to Trial ¹ (Civil Only) | | 25.2 | 36.1 | 34.1 | - | 30.2 | 27.3 | 21.4 | 25.5 | 28.3 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old ¹ | | 10,782 | 59 | 557 | 26 | 85 | 430 | 279 | 348 | 337 |
| | | | 61.6 | 3.3 | 13.8 | 4.5 | 2.4 | 11.1 | 8.0 | 5.9 | 8.5 |
| | Average Number of Felony Defendants Filed per Case | | 1.3 | 1.2 | 1.6 | 1.2 | 1.4 | 1.4 | 1.7 | 1.1 | 1.1 |
| | Jurors | Avg. Present for Jury Selection | 7.6 | 41.7 | 37.4 | 34.8 | 41.1 | 48.9 | 57.7 | 41.1 | 51.7 |
| | | Percent Not Selected or Challenged | 40.1 | 34.0 | 27.2 | 25.6 | 36.9 | 50.7 | 47.7 | 35.3 | 43.8 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

¹ See "Explanation of Selected Terms."

**Comparison of Districts Within the Sixth Circuit — 12-Month Period Ending December 31, 2023**

| | | | KY,E | KY,W | MI,E | MI,W | OH,N | OH,S | TN,E | TN,M | TN,W |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | | Filings | 1,664 | 1,676 | 4,250 | 2,067 | 4,041 | 6,207 | 1,645 | 1,976 | 1,766 |
| | | Terminations | 1,710 | 1,761 | 4,247 | 1,931 | 4,412 | 3,249 | 1,805 | 1,931 | 1,787 |
| | | Pending | 1,757 | 1,871 | 5,000 | 1,494 | 6,482 | 25,230 | 1,853 | 2,179 | 2,680 |
| | Percent Change in Total Filings Current Year | Over Last Year | -3.2 | -0.2 | 2.4 | 5.9 | 3.1 | -2.8 | -7.2 | 7.4 | -8.0 |
| | | Over 2018 | -26.2 | -9.7 | -21.0 | -12.4 | -31.8 | 54.3 | -26.4 | -15.6 | -19.5 |
| | Number of Judgeships | | 5.5 | 4.5 | 15 | 4 | 11 | 8 | 5 | 4 | 5 |
| | Vacant Judgeship Months [1] | | 0.0 | 0.0 | 20.7 | 0.0 | 4.4 | 5.9 | 8.9 | 0.0 | 0.0 |
| **Actions per Judgeship** | **Filings** | Total | 303 | 372 | 283 | 517 | 367 | 776 | 329 | 494 | 353 |
| | | Civil | 196 | 264 | 221 | 413 | 230 | 681 | 200 | 402 | 220 |
| | | Criminal Felony | 75 | 84 | 41 | 64 | 73 | 67 | 101 | 41 | 77 |
| | | Supervised Release Hearings | 32 | 24 | 21 | 41 | 64 | 28 | 27 | 51 | 56 |
| | Pending Cases | | 319 | 416 | 333 | 374 | 589 | 3,154 | 371 | 545 | 536 |
| | Weighted Filings [1] | | 275 | 360 | 275 | 476 | 317 | 651 | 352 | 449 | 323 |
| | Terminations | | 311 | 391 | 283 | 483 | 401 | 406 | 361 | 483 | 357 |
| | Trials Completed | | 11 | 10 | 13 | 11 | 15 | 33 | 8 | 20 | 26 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 10.8 | 15.1 | 15.9 | 9.0 | 14.0 | 15.9 | 14.1 | 18.5 | 13.8 |
| | | Civil [1] | 9.0 | 9.9 | 7.8 | 6.2 | 8.2 | 9.2 | 11.0 | 8.3 | 10.1 |
| | From Filing to Trial [1] (Civil Only) | | - | - | 50.9 | - | - | 47.5 | 31.6 | - | 27.0 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [1] | | 151 / 15.4 | 145 / 11.2 | 397 / 10.6 | 32 / 2.5 | 3,158 / 58.1 | 10,695 / 44.2 | 80 / 7.5 | 87 / 5.7 | 190 / 12.6 |
| | Average Number of Felony Defendants Filed per Case | | 1.3 | 1.5 | 1.2 | 1.4 | 1.4 | 1.3 | 1.4 | 1.2 | 1.5 |
| | Jurors | Avg. Present for Jury Selection | 55.7 | 69.5 | 56.3 | 37.8 | 43.5 | 13.8 | 40.0 | 57.8 | 68.2 |
| | | Percent Not Selected or Challenged | 32.5 | 50.5 | 49.0 | 39.6 | 27.8 | 62.3 | 16.1 | 29.8 | 55.9 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] See "Explanation of Selected Terms."

**Comparison of Districts Within the Seventh Circuit — 12-Month Period Ending December 31, 2023**

|  |  |  | IL,N | IL,C | IL,S | IN,N | IN,S | WI,E | WI,W |
|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | | Filings | 18,273 | 1,762 | 4,453 | 2,600 | 3,791 | 2,147 | 1,101 |
| | | Terminations | 9,072 | 1,889 | 2,048 | 2,568 | 3,861 | 2,164 | 1,150 |
| | | Pending | 21,229 | 1,982 | 6,888 | 2,464 | 11,339 | 2,182 | 1,110 |
| | Percent Change in Total Filings Current Year | Over Last Year | 113.8 | 3.6 | 28.4 | 11.7 | -6.9 | 3.0 | 10.4 |
| | | Over 2018 | 76.9 | -6.5 | 58.9 | -1.5 | -35.1 | -19.6 | -20.3 |
| | Number of Judgeships | | 22 | 4 | 4 | 5 | 5 | 5 | 2 |
| | Vacant Judgeship Months ¹ | | 29.1 | 0.0 | 0.0 | 3.3 | 0.0 | 1.9 | 0.0 |
| **Actions per Judgeship** | **Filings** | Total | 831 | 441 | 1,113 | 520 | 758 | 429 | 551 |
| | | Civil | 798 | 353 | 1,020 | 447 | 691 | 334 | 466 |
| | | Criminal Felony | 23 | 51 | 59 | 56 | 61 | 62 | 66 |
| | | Supervised Release Hearings | 10 | 37 | 35 | 17 | 6 | 34 | 19 |
| | Pending Cases | | 965 | 496 | 1,722 | 493 | 2,268 | 436 | 555 |
| | Weighted Filings ¹ | | 729 | 359 | 819 | 461 | 618 | 391 | 509 |
| | Terminations | | 412 | 472 | 512 | 514 | 772 | 433 | 575 |
| | Trials Completed | | 11 | 26 | 19 | 17 | 13 | 6 | 15 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 29.2 | 17.9 | 16.9 | 15.3 | 19.2 | 14.1 | 9.7 |
| | | Civil ¹ | 5.7 | 9.7 | 9.8 | 8.8 | 10.4 | 7.3 | 8.1 |
| | From Filing to Trial ¹ (Civil Only) | | 56.9 | 50.4 | 48.8 | 47.4 | 51.4 | 40.0 | 40.5 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old ¹ | | 2,489 | 191 | 206 | 128 | 5,666 | 97 | 51 |
| | | | 13.0 | 12.1 | 3.2 | 6.5 | 52.3 | 6.0 | 6.1 |
| | Average Number of Felony Defendants Filed per Case | | 1.5 | 1.2 | 1.4 | 1.2 | 1.4 | 1.5 | 1.3 |
| | Jurors | Avg. Present for Jury Selection | 77.3 | 32.4 | 39.4 | 34.8 | 48.5 | 29.9 | 25.5 |
| | | Percent Not Selected or Challenged | 54.3 | 42.3 | 29.9 | 31.8 | 38.8 | 27.2 | 21.0 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

¹ See "Explanation of Selected Terms."

**Comparison of Districts Within the Eighth Circuit — 12-Month Period Ending December 31, 2023**

| | | | AR,E | AR,W | IA,N | IA,S | MN | MO,E | MO,W | NE | ND | SD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | | Filings | 2,427 | 1,075 | 944 | 1,269 | 4,730 | 3,516 | 2,868 | 1,409 | 767 | 1,339 |
| | | Terminations | 2,851 | 1,103 | 950 | 1,298 | 3,805 | 3,325 | 3,196 | 1,412 | 800 | 1,350 |
| | | Pending | 2,781 | 1,078 | 678 | 844 | 9,056 | 3,122 | 2,683 | 1,373 | 937 | 1,042 |
| | Percent Change in Total Filings Current Year | Over Last Year | -8.6 | -7.6 | -5.5 | 10.0 | 16.0 | 14.2 | 0.7 | 1.1 | -3.3 | 3.9 |
| | | Over 2018 | -7.6 | -17.3 | -16.1 | -9.1 | 11.0 | -17.9 | -8.8 | -15.8 | 3.6 | -3.0 |
| | Number of Judgeships | | 5 | 3 | 2 | 3 | 7 | 8 | 6 | 3 | 2 | 3 |
| | Vacant Judgeship Months ¹ | | 0.0 | 6.3 | 0.0 | 0.0 | 12.0 | 0.0 | 0.0 | 0.0 | 0.0 | 12.0 |
| **Actions per Judgeship** | **Filings** | Total | 485 | 358 | 472 | 423 | 676 | 440 | 478 | 470 | 384 | 446 |
| | | Civil | 350 | 278 | 202 | 216 | 557 | 251 | 315 | 273 | 124 | 121 |
| | | Criminal Felony | 102 | 61 | 149 | 123 | 66 | 127 | 102 | 134 | 195 | 196 |
| | | Supervised Release Hearings | 34 | 20 | 122 | 84 | 52 | 62 | 61 | 62 | 66 | 130 |
| | Pending Cases | | 556 | 359 | 339 | 281 | 1,294 | 390 | 447 | 458 | 469 | 347 |
| | Weighted Filings ¹ | | 443 | 318 | 368 | 384 | 558 | 419 | 425 | 464 | 408 | 447 |
| | Terminations | | 570 | 368 | 475 | 433 | 544 | 416 | 533 | 471 | 400 | 450 |
| | Trials Completed | | 16 | 10 | 63 | 52 | 8 | 20 | 13 | 15 | 33 | 41 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 24.3 | 10.6 | 10.4 | 10.3 | 10.3 | 15.0 | 22.3 | 14.6 | 16.5 | 10.9 |
| | | Civil ¹ | 12.5 | 10.4 | 7.6 | 7.4 | 7.0 | 6.9 | 6.1 | 6.8 | 12.4 | 11.3 |
| | From Filing to Trial ¹ (Civil Only) | | 36.1 | - | - | - | 38.6 | - | 29.1 | - | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old ¹ | | 88 / 5.6 | 31 / 4.8 | 18 / 5.1 | 18 / 3.5 | 218 / 2.6 | 92 / 5.3 | 140 / 9.8 | 48 / 6.1 | 47 / 15.9 | 56 / 12.8 |
| | Average Number of Felony Defendants Filed per Case | | 1.3 | 1.2 | 1.1 | 1.2 | 1.5 | 1.2 | 1.3 | 1.2 | 1.6 | 1.2 |
| | Jurors | Avg. Present for Jury Selection | 44.9 | 46.7 | 50.9 | 39.5 | 54.9 | 46.8 | 38.7 | 35.7 | 37.1 | 44.6 |
| | | Percent Not Selected or Challenged | 36.5 | 41.0 | 47.3 | 17.5 | 37.8 | 22.6 | 25.7 | 35.7 | 15.1 | 24.9 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

¹ See "Explanation of Selected Terms."

**Comparison of Districts Within the Ninth Circuit — 12-Month Period Ending December 31, 2023**

| | | | AK | AZ | CA,N | CA,E | CA,C | CA,S | HI | ID | MT | NV | OR | WA,E | WA,W | GU | NMI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | | Filings | 558 | 11,377 | 7,569 | 5,301 | 17,436 | 7,133 | 901 | 1,113 | 1,143 | 3,290 | 2,835 | 1,636 | 3,667 | 100 | 56 |
| | | Terminations | 519 | 9,800 | 7,606 | 5,344 | 17,358 | 7,516 | 807 | 1,043 | 1,057 | 3,352 | 2,951 | 1,812 | 3,660 | 78 | 71 |
| | | Pending | 719 | 6,921 | 14,237 | 7,801 | 13,547 | 5,069 | 952 | 1,162 | 1,221 | 4,372 | 3,162 | 1,133 | 3,060 | 373 | 105 |
| | Percent Change in Total Filings Current Year | Over Last Year | -4.1 | 18.1 | -25.0 | 16.3 | 12.5 | -2.5 | 9.7 | 17.4 | -9.9 | -0.1 | -4.5 | -15.9 | 10.4 | -1.0 | -8.2 |
| | | Over 2018 | -17.9 | -10.5 | -16.6 | -9.6 | -3.7 | -31.2 | 6.6 | -2.3 | -17.0 | -14.1 | -17.1 | -19.9 | -4.8 | 19.0 | -1.8 |
| | Number of Judgeships | | 3 | 13 | 14 | 6 | 28 | 13 | 4 | 2 | 3 | 7 | 6 | 4 | 7 | 1 | 1 |
| | Vacant Judgeship Months¹ | | 0.0 | 0.0 | 17.8 | 0.0 | 28.7 | 15.6 | 0.0 | 4.0 | 0.0 | 0.0 | 1.5 | 8.9 | 10.8 | 0.0 | 0.0 |
| **Actions per Judgeship** | Filings | Total | 186 | 875 | 541 | 884 | 623 | 549 | 225 | 557 | 381 | 470 | 473 | 409 | 524 | 100 | 56 |
| | | Civil | 114 | 309 | 466 | 781 | 563 | 192 | 165 | 302 | 196 | 399 | 332 | 205 | 450 | 27 | 18 |
| | | Criminal Felony | 72 | 455 | 30 | 51 | 32 | 247 | 29 | 179 | 135 | 35 | 74 | 73 | 38 | 47 | 28 |
| | | Supervised Release Hearings | 0 | 111 | 45 | 52 | 27 | 110 | 32 | 76 | 49 | 37 | 67 | 132 | 35 | 26 | 10 |
| | Pending Cases | | 240 | 532 | 1,017 | 1,300 | 484 | 390 | 238 | 581 | 407 | 625 | 527 | 283 | 437 | 373 | 105 |
| | Weighted Filings¹ | | 218 | 567 | 486 | 723 | 616 | 454 | 211 | 539 | 396 | 416 | 412 | 268 | 481 | - | - |
| | Terminations | | 173 | 754 | 543 | 891 | 620 | 578 | 202 | 522 | 352 | 479 | 492 | 453 | 523 | 78 | 71 |
| | Trials Completed | | 9 | 11 | 8 | 16 | 11 | 9 | 6 | 14 | 46 | 10 | 8 | 16 | 12 | 6 | 6 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 20.4 | 5.0 | 20.7 | 30.3 | 21.3 | 6.5 | 16.6 | 11.5 | 8.5 | 20.5 | 19.7 | 15.8 | 18.4 | 13.6 | 3.4 |
| | | Civil¹ | 8.2 | 8.0 | 6.9 | 10.1 | 4.1 | 5.9 | 6.0 | 11.5 | 11.9 | 9.0 | 11.9 | 7.7 | 6.2 | 8.1 | 22.5 |
| | From Filing to Trial¹ (Civil Only) | | - | 38.4 | 48.9 | 68.3 | 29.7 | 40.2 | - | - | - | 59.8 | 43.3 | - | 30.8 | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old¹ | | 79 | 159 | 2,859 | 1,096 | 984 | 315 | 53 | 92 | 83 | 610 | 238 | 47 | 148 | 255 | 16 |
| | | | 20.1 | 5.1 | 21.7 | 18.6 | 9.3 | 15.2 | 9.3 | 13.2 | 12.4 | 17.2 | 10.2 | 7.2 | 6.1 | 88.9 | 31.4 |
| | Average Number of Felony Defendants Filed per Case | | 1.5 | 1.1 | 1.3 | 1.4 | 1.4 | 1.2 | 1.2 | 1.2 | 1.2 | 1.3 | 1.2 | 1.4 | 1.4 | 1.3 | 1.2 |
| | Jurors | Avg. Present for Jury Selection | 52.2 | 56.6 | 59.0 | 41.3 | 59.0 | 51.1 | 56.9 | 43.0 | 41.9 | 31.0 | 35.3 | 40.8 | 37.2 | 100.0 | 58.0 |
| | | Percent Not Selected or Challenged | 42.5 | 44.3 | 36.2 | 39.4 | 60.4 | 39.5 | 46.8 | 26.9 | 32.7 | 51.0 | 13.1 | 21.8 | 26.1 | 70.0 | 12.1 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

¹ See "Explanation of Selected Terms."

**Comparison of Districts Within the Tenth Circuit — 12-Month Period Ending December 31, 2023**

| | | | CO | KS | NM | OK,N | OK,E | OK,W | UT | WY |
|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | | Filings | 4,073 | 1,837 | 3,769 | 1,243 | 735 | 1,969 | 2,259 | 596 |
| | | Terminations | 3,990 | 1,863 | 3,898 | 1,290 | 780 | 1,996 | 2,304 | 577 |
| | | Pending | 3,744 | 1,561 | 2,769 | 1,322 | 864 | 1,790 | 2,501 | 1,067 |
| | Percent Change in Total Filings Current Year | Over Last Year | 4.3 | 1.5 | 1.6 | -1.7 | 19.7 | 3.5 | 1.5 | -12.0 |
| | | Over 2018 | -0.1 | -20.3 | -38.2 | 9.8 | 29.4 | 5.8 | -4.4 | 5.1 |
| | Number of Judgeships | | 7 | 6 | 7 | 3.5 | 1.5 | 6 | 5 | 3 |
| | Vacant Judgeship Months [1] | | 0.0 | 20.9 | 1.4 | 17.8 | 0.0 | 0.0 | 12.0 | 12.0 |
| **Actions per Judgeship** | Filings | Total | 582 | 306 | 538 | 355 | 490 | 328 | 452 | 199 |
| | | Civil | 495 | 208 | 168 | 165 | 299 | 204 | 235 | 84 |
| | | Criminal Felony | 62 | 62 | 251 | 152 | 158 | 95 | 155 | 61 |
| | | Supervised Release Hearings | 25 | 36 | 119 | 39 | 33 | 29 | 62 | 54 |
| | Pending Cases | | 535 | 260 | 396 | 378 | 576 | 298 | 500 | 356 |
| | Weighted Filings [1] | | 598 | 291 | 361 | 367 | 535 | 319 | 466 | 181 |
| | Terminations | | 570 | 311 | 557 | 369 | 520 | 333 | 461 | 192 |
| | Trials Completed | | 15 | 17 | 12 | 16 | 41 | 27 | 9 | 10 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 14.2 | 13.6 | 4.0 | 14.6 | 20.6 | 11.9 | 11.8 | 6.0 |
| | | Civil [1] | 8.3 | 7.5 | 9.9 | 8.8 | 11.4 | 8.8 | 9.8 | 10.7 |
| | From Filing to Trial [1] (Civil Only) | | 28.9 | 37.6 | - | - | - | - | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [1] | | 223 | 57 | 143 | 94 | 45 | 71 | 228 | 36 |
| | | | 7.2 | 6.4 | 11.6 | 14.7 | 9.3 | 6.4 | 15.7 | 8.5 |
| | Average Number of Felony Defendants Filed per Case | | 1.4 | 1.4 | 1.1 | 1.3 | 1.2 | 1.2 | 1.3 | 1.1 |
| | Jurors | Avg. Present for Jury Selection | 37.3 | 32.3 | 70.1 | 47.6 | 53.5 | 38.2 | 49.9 | 38.4 |
| | | Percent Not Selected or Challenged | 40.4 | 27.2 | 30.2 | 28.6 | 33.8 | 24.2 | 31.3 | 39.7 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] See "Explanation of Selected Terms."

**Comparison of Districts Within the Eleventh Circuit — 12-Month Period Ending December 31, 2023**

| | | | AL,N | AL,M | AL,S | FL,N | FL,M | FL,S | GA,N | GA,M | GA,S |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | Filings | | 2,649 | 1,095 | 1,011 | 66,588 | 10,785 | 23,275 | 7,711 | 1,616 | 1,429 |
| | Terminations | | 2,576 | 1,285 | 1,056 | 41,900 | 10,638 | 23,716 | 8,559 | 1,755 | 1,634 |
| | Pending | | 2,782 | 1,324 | 932 | 272,861 | 8,375 | 5,581 | 5,795 | 1,593 | 1,322 |
| | Percent Change in Total Filings Current Year | Over Last Year | 11.3 | 5.3 | -6.1 | 129.0 | 6.6 | 122.5 | 13.4 | -2.8 | -8.6 |
| | | Over 2018 | -10.6 | -23.6 | -12.1 | 1,604.8 | 0.1 | 77.3 | -0.8 | -13.9 | -12.5 |
| | Number of Judgeships | | 8 | 3 | 3 | 4 | 15 | 18 | 11 | 4 | 3 |
| | Vacant Judgeship Months [1] | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 38.0 | 0.0 | 0.0 | 0.0 |
| **Actions per Judgeship** | Filings | Total | 331 | 365 | 337 | 16,647 | 719 | 1,293 | 701 | 404 | 476 |
| | | Civil | 232 | 270 | 164 | 16,553 | 614 | 1,189 | 632 | 312 | 339 |
| | | Criminal Felony | 61 | 81 | 95 | 63 | 78 | 76 | 50 | 77 | 81 |
| | | Supervised Release Hearings | 39 | 14 | 78 | 32 | 27 | 28 | 19 | 16 | 56 |
| | Pending Cases | | 348 | 441 | 311 | 68,215 | 558 | 310 | 527 | 398 | 441 |
| | Weighted Filings [1] | | 310 | 346 | 318 | 11,472 | 668 | 1,085 | 637 | 370 | 410 |
| | Terminations | | 322 | 428 | 352 | 10,475 | 709 | 1,318 | 778 | 439 | 545 |
| | Trials Completed | | 23 | 27 | 44 | 24 | 16 | 24 | 20 | 16 | 21 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 9.7 | 11.8 | 8.9 | 10.6 | 9.9 | 8.2 | 15.9 | 15.2 | 11.0 |
| | | Civil [1] | 8.8 | 11.6 | 9.9 | 18.3 | 5.4 | 0.0 | 6.8 | 8.9 | 7.5 |
| | From Filing to Trial [1] (Civil Only) | | 37.2 | - | 24.4 | 18.5 | 30.1 | 23.1 | 31.0 | 22.0 | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [1] | | 360 / 17.3 | 182 / 20.3 | 33 / 6.3 | 151,505 / 55.6 | 447 / 6.9 | 137 / 3.6 | 272 / 6.0 | 87 / 8.7 | 80 / 10.0 |
| | Average Number of Felony Defendants Filed per Case | | 1.2 | 1.2 | 1.4 | 1.3 | 1.3 | 1.3 | 1.4 | 1.5 | 1.5 |
| | Jurors | Avg. Present for Jury Selection | 34.4 | 46.8 | 35.6 | 43.3 | 48.6 | 43.5 | 41.5 | 54.5 | 44.0 |
| | | Percent Not Selected or Challenged | 37.0 | 32.1 | 17.3 | 26.4 | 35.2 | 13.8 | 36.8 | 55.6 | 33.1 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] See "Explanation of Selected Terms."