IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Ultra PRO International, LLC,<br>Plaintiff,<br><br>v.<br><br>BCW Diversified, Inc.<br><br>Defendant. | Case No.: 24-cv-04725<br><br>Judge: Hon. Manish S. Shah<br><br>Magistrate: Hon. Gabriel A. Fuentes |

**NOTICE OF PRESENTMENT OF MOTION**

TO: See Attached Proof of Service

PLEASE TAKE NOTICE that on **August 29, 2024 at 9:45 am**, or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Manish S. Shah in Courtroom 1919 or any judge sitting in said Courtroom of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and shall present the following motions filed on August 15, 2024: CONTESTED MOTION TO TRANSFER and DEFENDANT'S CONTESTED MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF MOTION TO TRANSFER.

CERTIFICATE OF SERVICE I hereby certify that on the 15th day of August 2024, I provided service to the person or persons listed above by the following means: Court Electronic Filing.

Respectfully submitted:

ATTORNEYS FOR DEFENDANT,
BCW DIVERSIFIED, INC.

BY: /s/ Marc C. Gravino
Marc C. Gravino
John J. Holevas
Joel M. Huotari
WilliamsMcCarthy, LLP
120 West State Street, Suite 400
Rockford, IL 61105-0219
Email: mgravino@wilmac.com
Email : Jholevas@wilmac.com
Email: jhuotari@wilmac.com
Phone: (815) 987-8900

## PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause, and to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on Thursday, August 15, 2024 by:

[] US Mail  [] FAX
[] Hand Delivered  [] Email
[]Federal Express  [x] Other : CM-ECF Filing

Signature: /s/ Marc C. Gravino