# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Ultra Pro International, LLC

                            Plaintiff,

v.                                                       Case No.: 1:24−cv−04725
                                                          Honorable Manish S. Shah

BCW Diversified, Inc.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 29, 2024:

      MINUTE entry before the Honorable Manish S. Shah: Motion hearing held. For the reasons stated in open court, the motion to stay [19] is granted, and defendant's responsive pleading to the complaint and discovery are stayed. Plaintiff's response to the motion to transfer [18] is due 9/26/24. Defendant's reply is due 10/10/24. The court will issue a ruling on the motion via cm/ecf or convene a hearing. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.