# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| Ultra PRO International, LLC, ) | |
|     Plaintiff, ) | Case No.: 24-cv-04725 |
| ) | |
|     v. ) | Judge: Hon. Manish S. Shah |
| ) | |
| BCW Diversified, Inc. ) | Magistrate: Hon. Gabriel A. Fuentes |
| ) | |
|     Defendant. ) | JURY DEMAND |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff hereby notifies this Court that the Plaintiff voluntarily dismisses **without prejudice** any and all claims against Defendant BCW Diversified, Inc.

Dated: September 26, 2024

Respectfully submitted,

By: /s/ Kevin Keener
Kevin Keener
ARDC # 6305871
Keener and Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601
(312) 945-8540
Kevin.keener@keenerlegal.com